[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1280.]

THE STATE OF OHIO, APPELLANT, *v*. NOGGLE, APPELLEE.

[Cite as *State v. Noggle*, 2001-Ohio-117.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1914—Submitted April 24, 2001—Decided June 6, 2001.)

APPEAL from the Court of Appeals for Crawford County, No. 3-2000-09.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Russell B. Wiseman*, Crawford County Prosecuting Attorney, and *Clifford J. Murphy*, Assistant Prosecuting Attorney, for appellant.

———————————